

# Service of Process Transmittal

12/04/2020
CT Log Number 538696527

| | |
|---|---|
| **TO:** | Sue Carlson<br>Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403-2542 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | Target Corporation  (Domestic State: MN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RITA JAEGER, Pltf. vs. TARGET CORPORATION and CASSONDRA GOMEZ, Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020L012150 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/04/2020 at 02:36 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/04/2020, Expected Purge Date: 12/09/2020<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / AP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT B



# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Dec 4, 2020

**Server Name:** Sheriff Drop

| Entity Served | TARGET CORPORATION |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 2020L012150 |
| Jurisdiction | IL |



EXHIBIT B

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS SUMMONS    CCG-14 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

RITA JAEGER,

            Plaintiff,

            v.

TARGET CORPORATION, d/b/a TARGET STORES, and CASSONDRA GOMEZ.

            Defendants.

No.  2020 L 012150

***PLEASE SERVE:***
**Target Corporation**
**c/o Registered Agent: CT Corporation System**
**208 S. LaSalle St., Suite 814**
**Chicago, IL 60604**

### SUMMONS

**To each defendant:**
YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room * 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

**To the officer:**
This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

19th day of November, 2020
WITNESS, _____, 20____

DOROTHY BROWN, Clerk of Court

Date of service: _____, 20____

| Name: | Philip P. Terrazzino/Tomasik Kotin Kasserman, LLC |
|---|---|
| Attorney for: | Plaintiff |
| Address: | 161 North Clark Street, Suite 3050 |
| City: | Chicago, Illinois  60601 |
| Telephone: | (312) 605-8800 |
| Atty. No.: | 56323 |

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
*Law Division Room 801
Chancery-Divorce Division Room 802
County Division Room 801
Probate Division Room 1202

EXHIBIT B

| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS SUMMONS    CCG-14 |

\* 5 0 0 4 3 0 7 3 \*

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

RITA JAEGER,

               Plaintiff,

     v.

TARGET CORPORATION, d/b/a TARGET STORES, and CASSONDRA GOMEZ.

              Defendants.

No.   2020 L 012150

***PLEASE SERVE:***
Target Corporation
c/o Registered Agent: CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

## SUMMONS

**To each defendant:**
YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room * 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

**To the officer:**
This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

19th day of November, 2020
WITNESS, _____, 20____

DOROTHY BROWN, Clerk of Court

Date of service: _____, 20____

| Name: | Philip P. Terrazzino/Tomasik Kotin Kasserman, LLC |
| Attorney for: | Plaintiff |
| Address: | 161 North Clark Street, Suite 3050 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 605-8800 |
| Atty. No.: | 56323 |

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
\*Law Division Room 801
Chancery-Divorce Division Room 802
County Division Room 801
Probate Division Room 1202

EXHIBIT B

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

Case: 1:20-cv-07829 Document #: 2 Filed: 12/31/20 Page 5 of 8 PageID #:13

12-Person Jury

\* 5 0 0 4 3 0 7 3 \*

FILED
11/12/2020 4:12 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L012150

#56323    PPT/ew

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| RITA JAEGER,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, d/b/a TARGET STORES, and CASSONDRA GOMEZ.<br>Defendants. | 11120759<br><br>No. 2020L012150<br><br>*Plaintiff Demands Trial by Jury* |

### COMPLAINT AT LAW

Plaintiff, RITA JAEGER, by her attorneys, TOMASIK KOTIN KASSERMAN, complaining of defendants, TARGET CORPORATION, d/b/a TARGET STORES; and CASSONDRA GOMEZ, states as follows:

### COUNT I

### TARGET – NEGLIGENCE – STRUCK BY THREE- TIER CART

1.    On and before October 24, 2020, defendant, TARGET CORPORATION, owned, operated, controlled, managed, and/or maintained a certain premises known as Target located at 2241 Willow Road, Glenview, Cook County, Illinois.

2.    On October 24, 2020, Plaintiff, RITA JAEGER, was on the premises shopping, when she was struck by a three-tier cart pushed by an agent and/or employee of TARGET CORPORATION.

3.    At said time and place, defendant, TARGET CORPORATION, by and through its agent and/or employee, had a duty to use reasonable care in the ownership, operation, management, maintenance, and/or control of the subject premises.

EXHIBIT B

4. At said time and place, defendant, TARGET CORPORATION, by and through its agent and/or employee, was negligent in one or more of the following ways:

a. Struck Plaintiff, RITA JAEGER, with a cart;

b. Pushed a cart without keeping a proper and sufficient lookout;

c. Failed to exercise due care to avoid colliding with Plaintiff, RITA JAEGER;

d. Failed to give warning prior to striking Plaintiff, RITA JAEGER, with a cart;

e. Failed to properly train the employee and/or agent pushing the cart; and/or

f. Failed to properly supervise the employee and/or agent pushing the cart.

5. As a proximate result of the foregoing, Plaintiff, RITA JAEGER, fell and sustained injuries and has incurred substantial medical bills and other economic damages, along with pain, suffering, loss of a normal life, disfigurement, and other non-economic damages.

WHEREFORE, Plaintiff, RITA JAEGER, demands judgment against defendant, TARGET CORPORATION, d/b/a TARGET STORES, in an amount in excess of the minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook County, Illinois.

## COUNT II
## CASSONDRA GOMEZ - NEGLIGENCE – STRUCK BY THREE- TIER CART

1. On and before October 24, 2020, defendant, CASSONDRA GOMEZ, as manager of TARGET CORPORATION, operated, managed, and maintained a certain premises known as Target located at 2241 Willow Road, Glenview, Cook County, Illinois.

2. On October 24, 2020, Plaintiff, RITA JAEGER, was on the premises shopping, when she was struck by a three-tier cart pushed by an employee and/or agent of TARGET CORPORATION.

EXHIBIT B

3. At said time and place, defendant, CASSONDRA GOMEZ, had a duty to use reasonable care in the ownership, operation, management, maintenance, and/or control of the subject premises.

4. At said time and place, defendant, CASSONDRA GOMEZ, was negligent in one or more of the following respects:

    a. Failed to properly train the employee pushing the cart;

    b. Failed to direct the employee and/or agent on how to properly push a three-tier cart;

    c. Failed to properly supervise the employee and/or agent; and/or

    d. Failed to provide the employee and/or agent with policies and procedures regarding pushing a cart.

5. As a proximate result of the foregoing, Plaintiff, RITA JAEGER, fell and sustained injuries and has incurred substantial medical bills and other economic damages, along with pain, suffering, loss of a normal life, disfigurement, and other non-economic damages.

WHEREFORE, Plaintiff, RITA JAEGER, demands judgment against defendant, CASSONDRA GOMEZ, in an amount in excess of the minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook County, Illinois.

                                                                 Philip P. Terrazzino

Shawn S. Kasserman
Philip P. Terrazzino
TOMASIK KOTIN KASSERMAN, LLC
Attorneys for Plaintiff
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
(312) 605-8800
(312) 605-8808 (f)
Firm ID: 56323
shawn@tkklaw.com
phil@tkklaw.com

EXHIBIT B

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

Case: 1:20-cv-07829 Document #: 1-2 Filed: 12/31/20 Page 8 of 8 PageID #:16

#56323    PPT/ew

\* 5 0 0 4 3 0 7 3 \*
FILED
11/12/2020 4:12 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L012150

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

11120759

RITA JAEGER,

    Plaintiff,

v.

TARGET CORPORATION, d/b/a TARGET STORES, and CASSONDRA GOMEZ.

    Defendants.

No. 2020L012150

*Plaintiff Demands Trial by Jury*

## AFFIDAVIT

I, PHILIP P. TERRAZZINO, under oath and subject to the penalties of perjury, depose and state that the damages sought in this cause exceed the sum of FIFTY THOUSAND DOLLARS ($50,000.00).

Pursuant to 735 ILCS 5/1-109, the undersigned certified that the foregoing Affidavit is true and correct based upon the personal knowledge of the undersigned.

TOMASIK KOTIN KASSERMAN, LLC
By: Philip P. Terrazzino

Shawn S. Kasserman
Philip P. Terrazzino
TOMASIK KOTIN KASSERMAN, LLC
Attorneys for Plaintiff
161 North Clark Street, Suite 3050
Chicago, Illinois 60603
(312) 605-8800
(312) 605-8808 (f)
Firm ID: 56323
shawn@tkklaw.com
phil@tkklaw.com

EXHIBIT B